UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at LONDON**

| | | |
|---|---|---|
| ROGER DEAN HALL, | ) | |
| | ) | |
| Petitioner, | ) | Case No. |
| | ) | 6:17-cv-197-JMH-CJS |
| v. | ) | |
| | ) | |
| JAMES DAVID GREEN, Warden of | ) | **MEMORANDUM OPINION** |
| Eastern Kentucky Correctional | ) | **AND ORDER** |
| Complex, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\* \*\* \*\* \*\* \*\*

Roger Dean Hall filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1]. The matter was referred to United States Magistrate Judge Candace J. Smith for initial scrutiny, who ultimately recommended dismissal of the petition [DE 14]. Although afforded the opportunity to do so, Hall has failed to respond. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).

Magistrate Judge Smith outlined two bases for for her recommendation. [DE 14 at 3-13, PageID #155-165]. at 4-9, PageID #54-9]. First, she found that any claim Combs might have had is time-barred. [*Id*. at 3-9, PageID #155-161]. Second, she found that Hall's claim fails on the merits. [*Id*. at 9-13, PageID #161-65]. Both are correct, but the first is the stronger of the two.

1

Hall's judgment became final on December 9, 2009 for federal habeas review purposes. Hall did not file his petition until 2017, running afoul of the one-year statute of limitations under 28 U.S.C. § 2244(d). [*Id.*]. Nor has Hall offered any information to suggest or support equitable tolling. [*Id.* at 8-9, PageID #160-61]. As a result, his petition is time-barred. [*Id.* at 9, PageID #161]. Accordingly, **IT IS ORDERED** herein as follows:

1) That Magistrate Judge Smith's Report and Recommendation, [DE 14], be, and the same hereby is, **ADOPTED** as the Opinion of the Court.

2) That Hall's Petition for a Writ of Habeas Corpus, [DE 1], under 28 U.S.C. § 2254 be, and the same hereby is, **DENIED**.

3) That this action be, and the same hereby is, **DISMISSED and STRICKEN FROM THE DOCKET;** and

4) That no Certificate of Appealability Issue for the reasons stated in Magistrate Judge Smith's Report and Recommendation.

This the 5th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge